# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO HERNANDEZ, | Case No. CV 16-0039-JEM |
| Petitioner, | |
| v. | JUDGMENT |
| KAMALA D. HARRIS, et al., | |
| Respondents. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 27, 2016

/s/ John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE